## ACTION HELD NOT APPEALABLE.

Circuit Court of Cuyahoga County.

E. A. THOMPSON v. JAMES ROSENBERG ET AL.

Decided, May 17, 1909.

*Appeal—Foreclosure of Mechanic's Lien—Grantee of Owner May Appeal.*

In an action to foreclose a mechanic's lien and for personal judgment against the owner at the time the work was done, to which action the grantee of the owner was made party defendant, the latter may appeal the action to the circuit court.

*H. F. Parks* and *Howland & Niman,* for plaintiff.

*H. A. Kangesser, John D. Fackler, Frank Higley, Myler & Turney* and *Max E. Katz,* contra.

WINCH, J.; HENRY, J., and TAGGART, J., concur.

Thompson brought his action on an attested account, praying for a personal judgment against the defendant, James Rosenberg, for the value of certain material furnished toward the construction of a house upon premises owned by Rosenberg at the time the materials were furnished, and that the amount of said account be declared a lien upon said premises. He also made A. B. Katz and others defendants, alleging that they claimed liens upon said premises and praying that they be required to set forth their claims or be forever barred.

It appears that the defendant, Katz, purchased said premises of Rosenberg; no personal judgment was asked against him.

The judgment being in favor of Thompson and against Rosenberg and Katz, the latter appealed the case to this court, where he is met by a motion to dismiss his appeal on the ground that the case is not appealable.

Motion overruled on authority of the case of *Fleming* v. *Kirkendall,* 31 Ohio St., 568.